IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

Dustin Soward,

    Plaintiff,

v.

Bank of America, N.A.

    Defendant.

Case No. 1:23-cv-453 –DAE

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AGAINST DEFENDANT BANK OF AMERICA

CAME ON THIS DAY FOR CONSIDERATION, the Court considered the Stipulation to Dismiss, and after considering the same, the Court finds that the Stipulation to Dismiss should be granted. Therefore, it is hereby:

IT IS THEREFORE ORDERED that all claims asserted, or which could have been asserted in this matter by Plaintiff against Defendant Bank Of America are hereby dismissed with prejudice to the right of Plaintiff to refile the same. It is:

IT IS FURTHER ORDERED that all costs of court and attorneys' fees are to be taxed against the party incurring same. The Clerk's Office is INSTRUCTED to CLOSE the CASE.

SIGNED this 27th day of November, 2023.

_____
Sr. UNITED STATES DISTRICT COURT JUDGE
David A. Ezra